# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER DELANCE EMICK, | : | No.: 4:16-CV-01856 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | (Magistrate Judge Saporito) |
| BOROUGH OF MONTOURSVILLE, *et al.*, | : | |
| Defendants. | : | |

## ORDER

### JUNE 5, 2017

Before the Court for disposition is a Report and Recommendation filed by Magistrate Judge Joseph F. Saporito, Jr. on May 12, 2017.[1] In this Report, Magistrate Judge Saporito recommended that (1) Defendants Borough of Montoursville, and City of Williamsport's pending motions to dismiss be granted; (2) Plaintiff Peter Delance Emick's complaint be dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6); and (3) the Clerk be directed to close this case.[2] No objections to this Report and Recommendation have since been filed.

Upon designation, a magistrate judge may "conduct hearings, including evidentiary hearings, and . . . submit to a judge of the court proposed findings of

---

[1] ECF No. 10.

[2] *Id.*

-1-

fact and recommendations."[3] Once filed, this Report and Recommendation is disseminated to the parties in the case who then have the opportunity to file written objections.[4] Where no objection is made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."[5] Nevertheless, whether timely objections are made or not, the district court may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate judge.[6]

Following independent review of the record, I am satisfied that the Report and Recommendation contains no clear facial error. In the interests of judicial economy, I will not rehash Magistrate Judge Saporito's sound reasoning and legal citation. The Court is in full agreement that Plaintiff Peter Delance Emick's Complaint has failed to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and should be dismissed in its entirety.

**AND NOW**, therefore, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Joseph F. Saporito, Jr.'s Report and Recommendation (ECF No. 10) is **ADOPTED IN ITS ENTIRETY**;

---

[3] 28 U.S.C. 636(b)(1)(B).

[4] 28 U.S.C. 636(b)(1).

[5] *Rieder v. Apfel,* 115 F.Supp.2d 496, 499 (M.D.Pa. 2000) (citing *United States v. Raddatz*, 447 U.S. 667, 676 (1980)).

[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

2. Defendants Borough of Montoursville and City of Williamsport's Motions to Dismiss (ECF Nos. 2 & 3) are **GRANTED**;

3. The Clerk of Courts is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge
